**Order entered June 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00083-CR

**CHAD ELDON HUDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F14-51555-I**

## ORDER

On April 1, 2015 and May 20, 2015, this Court granted court reporter Velma Loza's requests for extensions of time to file the reporter's record. In her second extension request, Ms. Loza stated that the record is ready to be filed, except for four exhibits that are missing. On June 3, 2015, the Court received correspondence from the Honorable Robert Francis stating that appellant's counsel and counsel for state were trying to determine the whereabouts of the exhibits. Another hearing was going to be held to determine whether the exhibits could be located. On June 8, 2015, we received correspondence from appellant's attorney stating he did not have the exhibits, and that he last saw the exhibits in the possession of the prosecutor.

In light of this information, and pursuant to Texas Rule of Appellate Procedure 34.6(f), we **ORDER** the trial court to make findings regarding the following:

- The trial court shall first determine whether the exhibits in question were admitted into evidence.

- If the trial court determines the exhibits were admitted into evidence, the trial court shall next determine whether the exhibits were retained by the court reporter of the trial court. If the exhibits were retained by the court reporter or the trial court, the trial court shall further determine whether the exhibits can be located.

- If the trial court determines the exhibits were not retained by the court reporter or trial court, the trial court shall next determine who retained custody of the exhibits at the conclusion of the trial proceedings and whether the exhibits can be located and produced to the trial court.

- If the trial court determines that the exhibits that were admitted into evidence cannot be located, the trial court shall next determine whether appellant is at fault for the loss or destruction of the exhibits, and whether the parties can agree on substituted exhibits.

We **ORDER** the trial court to transmit a record containing the written findings of fact, any orders, and supporting documentation to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Don Adams, Presiding Judge, Criminal District Court No. 2; the Honorable Robert Francis, Senior State District Judge; Velma Loza, official court reporter, Criminal District Court No. 2; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with the order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received.

/s/    ADA BROWN
        JUSTICE